UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

ING Financial Partners, Inc.,

      Plaintiff,

vs.                                           ORDER ADOPTING
                                                REPORT AND RECOMMENDATION

Alyson Johansen,

      Defendants.                       Civ. No. 04-1061 (PJS/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That this case is placed into an Administrative Stay until further Order of the Court.


Dated: 12/13/06                                       s/Patrick J. Schiltz
                                                             Patrick J. Schiltz, Judge
                                                             United States District Court