UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ING Financial Partners, Inc.,
a Minnesota corporation,
f/k/a Washington Square
Securities, Inc.,

                  Plaintiff,

vs.                                    ORDER ADOPTING
                                      REPORT AND RECOMMENDATION

Alyson Johansen,

                  Defendant.         Case No. 04-CV-1061 (PJS/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1.      That the Stay in this case is lifted, and that this action is dismissed, without costs or fees to any party, and without prejudice.

2.      That the Clerk of Court is directed to return to the Plaintiff the $5,000.00 bond filed as security for the Preliminary Injunction.

Dated: October 29, 2007                            s/Patrick J. Schiltz
                                                                   Patrick J. Schiltz
                                                                   United States District Judge